

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00358-CR and No. 04-15-00359-CR

Margaret Jane **GRIFFITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B09-09 and B08-578
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On November 18, 2015, Appellant's court-appointed counsel filed an *Anders* brief and a motion to withdraw from these appeals. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's brief and motion, Appellant's counsel explained that he took the following steps:

(1)     notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

(2)     advised Appellant of her right to review the appellate records and file a pro se brief; and

(3)     provided Appellant with a copy of the clerk's and reporters' records.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

After all briefing is completed, this court will issue an opinion and judgment that disposes of the appeals. If, in the issued opinion, this court determines that Appellant's appeals are frivolous, Appellant has a right to file pro se petitions for discretionary review with the Texas Court of Criminal Appeals. *See Kelly*, 436 S.W.3d at 319. Appellant may file the petitions by writing to the Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711-2308.

Counsel's motion to withdraw is **held in abeyance** pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

Keith E. Hottle
Clerk of Court